# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| TERRANCE SYKES, JR. <br> *Plaintiff* <br> v. <br> UNITED STATES OF AMERICA <br> *Defendant* | Civil Action No. 5:13-cv-92 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ recover from defendant *(name)* _____ the amount of _____ dollars ($ _____), to be distributed as follows:

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: It is ORDERED that this civil action be DISMISSED and STRICKEN from the active docket of this Court. The Clerk is DIRECTED to enter judgment on this matter.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Frederick P. Stamp, Jr.

This Court, AFFIRMS AND ADOPTS the magistrate judge's report and recommendation. The Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

Date: 6/5/2014

*CLERK OF COURT*, Cheryl Dean Riley

K.A. Criswell, Deputy Clerk
*Signature of Clerk or Deputy Clerk*